ORIGINAL

1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753
5  Counsel for Defendant BARRETT

E-filing

RECEIVED JUN - 8 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00077 JW |
| Plaintiff, | STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE ON DEFENSE MOTION; STIPULATION TO EXCLUDE TIME; [PROPOSED] ORDER |
| v. | |
| MICHAEL BARRETT, | |
| Defendant. | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the briefing schedule for remaining briefs on defendant's pending motion should be re-set, and that the hearing date on the motion should be moved from June 20, 2005, to August 22, 2005, at 1:30 p.m, or as soon thereafter as the hearing may be set. The grounds for the continuance are the following: (1) government counsel will be unexpectedly unavailable for personal reasons during the next week, and possibly for a longer period of time; and (2) defense counsel will be unavailable during the last three weeks of July while participating in a two-week training program in Georgia and taking a one-week vacation. Defendant Michael Barrett is presently residing in a residential drug treatment facility and has no objection to the continuance.

STIPULATION TO CONTINUE BRIEFING
SCHEDULE AND HEARING DATE
No. CR 05-00077 JW                                              1

1  The parties further agree that time should be excluded under the Speedy Trial Act because
2  the ends of justice outweigh the defendant's and the public's need for a speedy trial.
3  The parties hereby agree to the following schedule:
4      Filing date for government's opposition brief:     July 25, 2005
5      Filing date for defendant's reply brief, if any:     August 1, 2005
                                                                                                                29 JW
6      Hearing date on defendant's motion:     August 22, 2005.

8  Dated: 6/8/05

                                                         LARA S. VINNARD
                                                         Assistant Federal Public Defender

10  Dated: 6/8/05

                                                          MATTHEW HARRIS
                                                        Assistant United States Attorney

STIPULATION TO CONTINUE BRIEFING
SCHEDULE AND HEARING DATE
No. CR 05-00077 JW                      2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00077 JW |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE AND HEARING DATE AND EXCLUDING TIME |
| v. | ) ) | |
| MICHAEL BARRETT, | ) ) | |
| Defendant. | ) ) | |

The parties have stipulated to re-set the briefing schedule for remaining briefs on defendant's pending motion, and to continue the hearing date on the motion, on grounds that government counsel is unexpectedly unavailable at this time, and defense counsel will be unavailable for three weeks in July. The parties stipulate to continue the hearing date on the motion to August 29, 2005, at 1:30 p.m.

GOOD CAUSE APPEARING, the Court hereby sets the following schedule:

| | |
|---|---|
| Filing date for government's opposition brief: | July 25, 2005 |
| Filing date for defendant's reply briefs, if any: | August 1, 2005 |
| Hearing date on defendant's remaining motions: | August 29, 2005. |

ORDER CONTINUING BRIEFING SCHEDULE
AND HEARING DATE
No. CR 05-00077 JW                                                                 1

1  Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time
2  from June 20, 2005, to August 29, 2005, be excluded from the period of time within which trial
3  must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

4  IT IS SO ORDERED.

5  Dated: 6/10/05

_____
JAMES WARE
United States District Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER CONTINUING BRIEFING SCHEDULE
AND HEARING DATE
No. CR 05-00077 JW                                      2

1  Distribute to:

2
   Lara Vinnard
3  Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant
5
   Matthew Harris
6  Assistant United States Attorney
   150 Almaden, Suite 900
7  San Jose, CA 95113
   Counsel for the United States
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER CONTINUING BRIEFING SCHEDULE
AND HEARING DATE
No. CR 05-00077 JW                                         3