IT IS SO ORDERED

Judge James Ware

1

2

3

4

5

6

7            IN THE UNITED STATES DISTRICT COURT

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                   SAN JOSE DIVISION

10   UNITED STATES OF AMERICA,        )      No. CR 05-00077 JW
                                      )
11               Plaintiff,           )      [~~PROPOSED~~] ORDER CONTINUING
                                      )      HEARING AND EXCLUDING TIME
12   v.                               )
                                      )
13   MICHAEL BARRETT,                 )
                                      )
14               Defendant.           )
     _____ )

15

16        The parties have stipulated to continue the hearing date on the defendant's pending

17   motion on grounds that defense counsel is not available on September 12, 2005.  The parties

18   request that the hearing be continued to September 19, 2005, at 1:30 p.m.

19        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date on the

20   defendant's motion is continued to September 19, 2005.

21        Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time

22   from September 12, 2005 to September 19, 2005, be excluded from the period of time within

23   which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

24        IT IS SO ORDERED.

25   Dated: August 26, 2005                   /s/ James Ware
                                              JAMES WARE
26                                            United States District Judge

     ORDER CONTINUING HEARING
     No. CR 05-00077 JW                        1