BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant BARRETT

*IT IS SO ORDERED*
*/s/ James Ware*
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br>MICHAEL BARRETT,<br><br>    Defendant. | No. CR 05-00077 JW<br><br>**STIPULATION TO CONTINUE HEARING DATE AND EXCLUDE TIME; ORDER** |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the status conference set for October 17, 2005, should be moved to October 31, 2005, at 1:30 p.m, or as soon thereafter as the hearing may be set. The parties jointly request the continuance in order to finalize the terms of a proposed plea agreement.

The parties further agree that time should be excluded under the Speedy Trial Act for effective defense preparation, and because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: 10/12/05                                      /s/
                                                                                   LARA S. VINNARD
                                                                                   Assistant Federal Public Defender

Dated: 10/12/05                                      /s/
                                                                                   MATTHEW HARRIS
                                                                                   Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL BARRETT,<br><br>　　　　Defendant. | No. CR 05-00077 JW<br><br>**ORDER CONTINUING<br>HEARING AND EXCLUDING TIME** |

　　The parties have stipulated to continue the status conference in this matter from October 17, 2005, to October 31, 2005, at 1:30 p.m., to allow time for the parties to finalize the terms of a proposed plea agreement.

　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference in this matter is continued to October 31, 2005.

　　Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from October 17, 2005 to October 31, 2005, be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

　　IT IS SO ORDERED.

Dated: 10/14/05

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER CONTINUING HEARING
No. CR 05-00077 JW　　　　　　　　　　2