BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant BARRETT

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00077 JW |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER** |
| MICHAEL BARRETT, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the sentencing hearing set for April 17, 2006, should be moved to May 22, 2006, at 1:30 p.m, or as soon thereafter as the hearing may be set.  The defense and the Probation Office request the continuance in order to complete the presentence investigation process.  Probation Officer Jack Roberson has been contacted and concurs in the request.

Dated: 4/12/06                               _____/s/_____
                                             LARA S. VINNARD
                                             Assistant Federal Public Defender

Dated: 4/12/06                               _____/s/_____
                                             MATTHEW HARRIS
                                             Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL BARRETT,<br><br>    Defendant. | No. CR 05-00077 JW<br><br>[PROPOSED] **ORDER CONTINUING SENTENCING HEARING** |

The parties have stipulated to continue the sentencing hearing in this matter from April 17, 2006, to May 22, 2006, at 1:30 p.m., to allow time for the defense and the Probation Office to complete the presentence investigation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing in this matter is continued to May 22, 2006, at 1:30 p.m.

IT IS SO ORDERED.

Dated: April 12, 2006

_____
JAMES WARE
United States District Judge