| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | DATE 4/29/05 | CASE NUMBER CR05-00077 JW |
|---|---|---|---|

| NAME OF DEFENDANT | ADDRESS OF DEFENDANT | TELEPHONE NUMBER |
|---|---|---|
| Michael Steven Barrett | 365 Hillside Dr. Boulder Creek CA | 831-338-8577 |

| NAME OF SURETY | RELATIONSHIP TO DEFENDANT | ADDRESS OF SURETY | TELEPHONE NUMBER |
|---|---|---|---|
| Jim Potter | friend | as above | |

| NAME OF ~~CUSTODIAN~~ Surety | RELATIONSHIP TO DEFENDANT | ADDRESS OF CUSTODIAN | TELEPHONE NUMBER |
|---|---|---|---|
| Nancy Barrett | mother | as above | Mandy Barrett |

→ secured by signatures of Nancy Barrett and ~~Eliz Hughes~~ (25,000 each)

| AMOUNT OF BOND | UNSECURED | SECURED BY | DEPOSIT RECEIVED / RECEIVED FROM | OTHER SECURITY POSTED / TO BE POSTED BY | TIME/DATE OF NEXT APPEARANCE | COURTROOM/JUDGE |
|---|---|---|---|---|---|---|
| $200,000 | 50,000 | $150,000 | | | to be set | |

## CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each condition checked: → Secured by equity in property of Jim Potter

- [x] Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed.
- [x] Defendant shall not commit any federal, state, or local crime.
- [x] Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513, on reverse side.
- [x] Defendant shall not travel outside the Northern District of California, that is, these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma. See map on reverse side.
- [x] Defendant shall report in person immediately upon release and thereafter as directed to Pretrial Services in _San Jose_. See addresses and telephone numbers on reverse side. (Def. testified he has no passport.)
- [x] Defendant shall surrender any passports and visas to the Court by _if any_ and shall not apply for any passports or other travel documents.
- [x] Defendant shall not possess any firearm, destructive device, or other dangerous weapon.
- [ ] Defendant shall remain in the custody of custodian _____ at _____ who agrees to supervise him/her and to report any violation of a release condition to Pretrial Services. A custodian who fails to do so may be prosecuted for contempt.
- [x] Defendant shall participate in (drug) ~~(alcohol) (mental health)~~ counseling, and submit to (drug) ~~(alcohol)~~ testing, as directed by Pretrial Services.
- [x] Defendant shall not use alcohol ~~to excess~~ and shall not use or possess any narcotic or other controlled substance without a legal prescription.
- [x] Defendant shall maintain current employment, or if unemployed shall seek and maintain verifiable employment (subject to rules of residential treatment program)
- [x] Defendant shall submit to a warrantless search of his/~~her~~ person, place of residence and vehicle at the direction of Pretrial Services.
- [ ] Defendant shall have no contact with any co-defendant out of the presence of counsel.
- [ ] Defendant shall not change residence without prior approval of Pretrial Services.
- [ ] Defendant shall comply with the following curfew: _____ to _____ → if released from the residential treatment program.
- [x] Defendant shall be subject to electronic or voice track monitoring. Defendant may leave home for the purpose of _____
- [ ] Defendant must [ ] reside in Halfway House _____   [ ] participate in Residential Treatment _____
- [x] The following conditions also apply:

Def. shall participate in residential treatment program as directed by pretrial services as follows, either: (1) court sponsored program or (2) if court sponsored program not available, a private program paid for by def's family.

Initials of sureties ___ Def. N.B MB

Defendant shall contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

### CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE

Payment of the full amount of this bond shall be due forthwith, and all cash or property posted to secure it shall be forfeited. Judgment may be entered and executed against defendant and all sureties jointly and severally.

An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings.

Defendant shall be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. 3146 and 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF DEFENDANT | SIGNATURE(s) OF SURETY(ies) |
|---|---|
| [signed] | Nancy Barrett |
| SIGNATURE OF ~~CUSTODIAN~~ SURETY | |
| [signed] Potter | |
| | SIGNATURE OF MAGISTRATE JUDGE   DATE 4/29/05 |

THIS ORDER AUTHORIZES THE MARSHAL TO RELEASE DEFENDANT FROM CUSTODY. ▶

FILED APR 29 2005 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

FILED MAY [?] 2006 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

1 CLERK OF COURT - WHITE COPY

## ADDITIONAL SURETY SHEET

CASE NO: CR **05-00077 JW** UNITED STATES Vs. **Michael Steven Barrett**

***

NAME: Mandy Barrett
Signature: *[signed]*
Date: 3/31/05

Address: 666 17th Avenue
Santa Cruz   Phone: 831-420-7130
                              831-426-4628

25,000 unsecured bond (signature)

AS MODIFIED ON 5/4/06

NAME: Jim Potter
Signature: *[signed]*
Date: 5/4/06

Address: 365 Hillside
Boulder Creek CA   Phone: ( )

$125,000 unsecured

NAME: Courtney Hodges
Signature: Courtney Hodges
Date: 5/4/06

Address: 203 Pacheco Ave
Santa Cruz CA   Phone: 831) 458-3332

$25,000 unsecured

NAME: _____
Signature: _____
Date: _____

Address: _____
_____  Phone: ( )