IT IS SO ORDERED
*/s/ James Ware*
Judge James Ware

1 | BARRY J. PORTMAN
Federal Public Defender
2 | LARA S. VINNARD
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 | Telephone:  (408) 291-7753

5 | Counsel for Defendant BARRETT

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00077 JW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **SENTENCING HEARING;** |
| | ) | **[PROPOSED] ORDER** |
| MICHAEL BARRETT, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the sentencing hearing set for May 22, 2006, should be moved to June 19, 2006, at 1:30 p.m, or as soon thereafter as the hearing may be set.  The defense and the Probation Office request the continuance in order to complete the presentence investigation process.  Specifically, the defense is conducting additional investigation regarding an issue raised in the draft PSR.  Probation Officer Jack Roberson has been contacted and concurs in the request.

Dated: 5/19/06                                               _____/s/_____
                                                             LARA S. VINNARD
                                                             Assistant Federal Public Defender

Dated: 5/18/06                                               _____/s/_____
                                                             MATTHEW HARRIS
                                                             Assistant United States Attorney

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00077 JW |
| Plaintiff, | ) ) ) | **[PROPOSED] ORDER CONTINUING SENTENCING HEARING** |
| v. | ) ) | |
| MICHAEL BARRETT, | ) ) | |
| Defendant. | ) ) | |

The parties have stipulated to continue the sentencing hearing in this matter from May 22, 2006, to June 19, 2006, at 1:30 p.m., to allow time for the defense to conduct investigation on a sentencing issue, and for the Probation Office to complete the presentence investigation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing in this matter is continued to June 19, 2006, at 1:30 p.m.

IT IS SO ORDERED.

Dated: May 22, 2006

_____
JAMES WARE
United States District Judge