## PROPOSED ORDER/COVER SHEET

TO:     Honorable Howard LLoyd              RE:     Michael Barrett
        U.S. Magistrate Judge

FROM:   Claudette M. Silvera, Chief         DOCKET NO.:     CR05-00077 JW
        U.S. Pretrial Services Officer

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

_____Jaime A. Carranza_____                _____408-535-5226_____
U.S. Pretrial Services Officer                      TELEPHONE NUMBER

RE:     MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

**FILED**

**JUN 2 6 2006**

Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No.
_____ on _____ at _____
Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

X   Modification(s)
    A. The shall be allowed to travel to Sacramento, California, from June 26 through June 27, 2006.
    B.

Bail Revoked/Bench Warrant Issued.

I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

Other Instructions:

_____            _____6/26/06_____
JUDICIAL OFFICER                                     DATE

Cover Sheet (12/03/02)