1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant BARRETT

**FILED**

JUL 14 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 05-00077 JW |
|---|---|
| Plaintiff, | ) **DEFENDANT'S UNOPPOSED TRAVEL REQUEST;** ~~[PROPOSED]~~ **ORDER** |
| v. | ) |
| MICHAEL BARRETT, | ) |
| Defendant. | ) |

## TRAVEL REQUEST

Defendant Michael Barrett respectfully requests permission to travel to Sacramento, California, in the Eastern District of California, to attend his grandfather's funeral this weekend. Mr. Barrett's grandfather died last night, July 13, 2006.[1] Mr. Barrett intends to travel to Sacramento this evening, July 14, and return home on Monday morning, July 17.

Mr. Barrett has been sentenced by the Honorable James Ware to 33 months imprisonment. He has a self-surrender date in approximately one month, and he presently remains on pretrial release subject to electronic monitoring.

---

[1] By affixing her signature to this document, undersigned counsel attests under penalty of perjury that the facts set forth herein are true and correct, and to the extent she relies on information and belief, she is informed and believes these facts to be true and correct.

REQUEST FOR TRAVEL AUTH.;
[PROPOSED] ORDER
No. CR 05-00077 JW                    1

Pretrial Services Officer Jaime Carranza has informed undersigned counsel via voicemail that he has no objection to the proposed travel. Officer Carranza has previously authorized Mr. Barrett to travel to Sacramento, with the permission of the Court, to visit his grandfather during his recent illness.

AUSA Matthew Harris has also advised that he has no objection to the proposed travel.

Dated: 7/14/06

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/s/

LARA S. VINNARD
Assistant Federal Public Defender

**ORDER**

GOOD CAUSE APPEARING, Defendant Michael Barrett is permitted to travel to the Eastern District of California from July 14, 2006 to July 17, 2006 to attend funeral services for his grandfather.

All other conditions of pretrial release remain in effect.

IT IS SO ORDERED.

Date: 7/14/06

HOWARD R. LLOYD
United States Magistrate Judge

REQUEST FOR TRAVEL AUTH.;
[PROPOSED] ORDER
No. CR 05-00077 JW                                2